UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson)   DIVISION
☒ Western(Memphis) DIVISION

Christa Poindexter
                  Plaintiff,

vs.

Unilever Manufacturing Inc.
d/b/a Unilever Food Solution
                  Defendant.

No. _____

## COMPLAINT

1.    This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12101 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2.  Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3.  Plaintiff resides at:

_P. O. Box 392_

STREET ADDRESS

_Tipton_ _Tenn_ _38049_ _(901) 451-3393_

County      State      Zip Code      Telephone Number

4.  Defendant(s) resides at, or its business is located at:

_2000 Hwy 51 N._

STREET ADDRESS

_Tipton_ _Covington_ _Tenn_ _38019_

County    City    State    Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

5.  The address at which I sought employment or was employed by the defendant(s) is:

_2000 Hwy 51 N._

2

STREET ADDRESS

_Tipton_ . _Covington_ . _Tenn._ . _38019_

County      City      State      Zip Code

6.    The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐ Failure to hire

☐ Termination of my employment

☐ Failure to promote

☐ Failure to accommodate my disability

☒ Unequal terms and conditions of my employment

☒ Retaliation

☒ Other acts *(specify)*: _Hostile Work Environment_

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7.    It is my best recollection that the alleged discriminatory acts occurred on:

_06/13/18 ; 10/31/18 ; 11/6/18_

Date(s)

8.    I believe that the defendant(s) *(check one)*:

☒ is still committing these acts against me.

☐ is <u>not</u> still committing these acts against me.

9.    Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

☐ Race_____

☐ Color_____

☒ Gender/Sex_ *Female*_____

☐ Religion_____

☐ National Origin_____

☐ Disability_____

☐ Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.    The facts of my case are as follows: ✗ *See Attachment 4A, 4B, 4c*

Introduction:

I was discriminated against and singled out because of my sex (Female) when I was disciplined for entering the wrong batch numbers and allegedly behaving inappropriately. My male co-worker did not receive a disciplinary action until After I Complained. I Filed a ✗ *(Attach additional sheets as necessary)* prior EEO Claim.

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of t*

a.  I was hired as a warehouse (receiving) employee on May 5, 1997.

b.  I was hired at the pay rate of $10.50 per hour and at the time of this lawsuit filing my payrate is $ 17.11.

## Count I: Sex Discrimination

c.  On October 22, 2018, I entered a load of raw material in wrong, however I fixed the load before it was used.

d.  On November 1, 2018, I was written up by Team leader Charles Scott.

e.  I enter material in wrong because I am being called in the HR office every other day which affect my ability to concentrate.

f.  I have to write a statement every time a driver come in mad and want to get unloaded faster.

g.  My male co-worker, Neviell Mann gets written up two weeks after they wrote me up because I asked how come he was not getting written up.

h.  Other employees make mistake, burst jugs, drop totes but are not written up and harassed like I am.

i.  Other employee put wrong tags on products take it to the floor  and I get call in the office where James Hayes has my pink slip waiting to fire me but when I tell them, I did not take that pallet to the floor not another word is said about it.

j.  The same day and time I was about to get fired, my male co-worker Neviell Mann was told he entered some frozen choc. in wrong but the only thing that was said to him was "you haven't entered those in, before have you?

**Page 4 A**

k.  Drivers cursed me out and I reported it to Charles Scott and I still had to write a statement even when witness told Charles, the team leader.

l.  Charles Scott has witnessed other male drivers curse yet they were not written up as I was.

m.  I signed the write up in June 2018 for dragging two totes off the truck that exceeded the maximum weight of the forklift.

## Count II: Retaliation

n.  On October 31, 2018 I reported and complained to Human Resources, Christine Horner that I was being singled out and issued a disciplinary action for improperly entering the incorrect batch number which was my first time making that mistake.

o.  I was singled out and unfairly issued a final warning by HR solely and simply because I complained that I was wrote up.

p.  On November 6, 2018, I was issued a final written warning for unprofessional behavior and insubordination for alleged cursing and yelling that was already signed by two witnesses of which I refused to sign it.

q.  I disagreed with the second write up for entering the load wrong

r.  I filed a another prior EEOC charge in 2013.

**Page 4 B**

Christa Poindexter vs Unilever Manufacturing Inc.                    # 10 Pro Se Lawsuit Facts

## Count III: Hostile Work Environment

s.  I ask to be off with my mother to help take care of her in her last days who died of cancer so I was sent some papers I would lose my job.

t.  Other employees do not have to write a statement every time a driver come in mad and want to get unloaded faster.

u.  I asked another employee was he sent paper that he should lose his job when he was off with his family member and he said no.

v.  Other employees working in the receiving department enter in material, flavor, carton lids and packaging goods wrong and no one has ever been written up for this.

w.  I am singled out and get written up for the same errors my other co- workers do.

x.  No other co workers has ever been written up for entering the wrong load because we fix the load and renter them.

y.  I have even been told to fix the loads.

z.  The men get rewards for sweeping and cleaning, only did it one time in the flammable room.

aa. I consolidate every weekend, sweep, put down lines on weekends but I never received a reward.

bb. I have been subject to a hostile work environment where anyone can complain on me and I get written up.

cc. I have been denied leaving work by my Supervisor which caused me to be hospitalized.

dd. The stress in this discrimination has caused me great emotional stress.

**Page 4 C**

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on: 11-6-18

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 03-18-19

                                                                           Date

**Only litigants alleging age discrimination must answer Question #13.**

13. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

    ☐ 60 days or more have elapsed

    ☐ Less than 60 days have elapsed.

14. The Equal Employment Opportunity Commission *(check one)*:

    ☐ has **not** issued a Right to Sue Letter.

    ☒ has issued a Right to Sue letter, which I **received** on 12-21-19

                                                     Date

***NOTE:*** *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15. Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

***NOTE:*** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16. I would like to have my case tried by a jury:

    ☒ Yes

    ☐ No

**WHEREFORE**, plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

_____

☐ direct that Defendant pay Plaintiff back pay in the amount of_____
and interest on back pay:

☒ direct that Defendant pay Plaintiff compensatory damages: Specify the
amount and basis for compensatory damages:_$ 300,000 emotional
and mental distress_____

X _____
SIGNATURE OF PLAINTIFF

Date: X 3-19-20_____

X P.O. Box 392_____
Address

X 110 Gainsville Ln Mason Tn. 38049
X 901-451-3393_____
Phone Number

6