# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHRISTA POINDEXTER, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    No. 2:20-cv-02206-SHL-cgc |
| | ) |
| UNILEVER MANUFACTURING, INC., | ) |
| d/b/a UNILEVER FOOD SOLUTION, | ) |
| | ) |
|     Defendant. | ) |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO DISMISS CASE

Before the Court is Magistrate Judge Claxton's Report and Recommendation on Plaintiff's Motion to Dismiss, filed on April 20, 2020. (ECF No. 8.) As the Magistrate Judge found, Federal Rule of Civil Procedure 41(a)(1) permits a plaintiff to voluntarily dismiss an action prior to the opposing party serving either an answer or a motion for summary judgment. Pursuant to 28 U.S.C. § 636(b)(1)(C), any objections or exceptions to the Report must be filed within fourteen (14) days after service. No objections or exceptions to the Report were filed in this matter. Therefore, Magistrate Claxton's April 20, 2020, Report and Recommendation on Plaintiff's Motion to Dismiss Case is hereby **ADOPTED**. This case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 9th day of June, 2020.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              UNITED STATES DISTRICT JUDGE